UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MOREY GILBERT REED,<br><br>       Plaintiff,<br>  v.<br><br>SGT. CHUCK ALLEN, *et al.*,<br><br>       Defendants. | Case No. 3:17-cv-00304-MMD<br><br>ORDER |

The Court dismissed this case on August 1, 2018, based on Plaintiff's motion to dismiss with prejudice (ECF No. 19) in which he suggested he had entered into a settlement agreement in a state court case. (ECF Nos. 21, 24.) After the case was dismissed, Plaintiff filed a motion to enforce his settlement agreement (ECF No. 22), which the Court denied for lack of jurisdiction (ECF No. 24). Now before the Court is a letter (attached hereto) that Plaintiff identifies as "a follow up to [his] motion to enforce." This letter violates Local Rule IA 7-1(b), which generally prohibits attorneys and pro se parties from sending letters to the court. *See* LR IA 7-1(b) ("Except as provided in subsection (a), an attorney or pro se party must not send case-related correspondence, such as letters, emails, or facsimiles, to the court. All communications with the court must be styled as a motion, stipulation, or notice, and must be filed in the court's docket and served on all other attorneys and pro se parties."). Nevertheless, Plaintiff's letter effectively constitutes a motion for reconsideration of the Court's order denying Plaintiff's earlier motion to enforce his settlement agreement. So construed, the Court denies Plaintiff's motion for the same reasons articulated earlier. (*See* ECF No. 24.)

It is therefore ordered that Plaintiff's letter, attached hereto and construed as a motion for reconsideration, is denied.

DATED THIS 24th day of April 2019.

                                  _____
                                  MIRANDA M. DU
                                  UNITED STATES DISTRICT JUDGE

Dear Judge,

This is a follow up to my motion to enforce. Your Honor. Everytime my family trys to Retreive the Lexus and the Items in the car. Washoe county Police have an excuse. ① They told my family to get a Power of Attorney We did that ② They told us to get the District Attorney to release the car. We did that. Now District Attorney Keith G. Munro wrote me Responding to the motion to Enforce. Stating that I contact Sheriff Grey Larramendy, Officer in Charge. My family contacted him. Was told we can't pick up the car. Because the car is not registered to Morey Road I have the pink slip with my name on it. He said he would call back. It's been three weeks. My family is being Played by Keith G. Munro and the Washoe County Jail.

Please Help

THE CAR IS REGESTERED TO MOREY
REED. Keith.G. MUNRO KNOWS this.
HE shouID CAII the SheRIFF

## CERTIFICATE OF SERVICE BY MAIL

Pursuant to FRCP Rule 5(b), I hereby certify that I am the petitioner named herein and that on this ___ day of _____, 20_19_, I mailed a true and correct copy of the foregoing _____ to the following:

Judge: Miranda M. Du
400 South Virginia St Room 301
Reno, Nevada. 89501

AND

Keith G. Munro
P.O. Box 11130
Reno, Nevada
89520-0027

_Morey Reed_
(Signature)

MOREY REED SCC #90296
P.O. Box 5005
Carson City, NV
89702

FILED _____ RECEIVED
ENTERED _____ SERVED ON
COUNSEL/PARTIES OF RECORD

APR 23 2019

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

Judge: Miranda M. Du
400 South Virginia St Room 301
Reno, Nevada,
89501



OUTGOING
INMATE MAIL
APR 22 2019
STEWART
CONSERVATION CAMP